ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 22 2004
CLERK, U.S. DISTRICT COURT
By ________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ADVANCED CARD SYSTEMS, INC., d/b/a SANDIA IMAGING, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4-04-CV-685-A |
| v. | § | |
| HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC., | § | |
| Defendants. | § | |

04 12295 NG

10/28/04

## AGREED ORDER GRANTING MOTION TO TRANSFER VENUE

Plaintiff, Advanced Card Systems, Inc. d/b/a Sandia Imaging, and Defendants, Hewlett-Packard Company and Indigo America, Inc., (collectively the "Parties") have reached an agreement with respect to Defendants Hewlett-Packard Company and Indigo America, Inc.'s Motion To Dismiss for Improper Venue, or, In the Alternative, Motion to Transfer Venue. The Parties have agreed that venue is proper in the United States District Court, District of Massachusetts, Boston Division. Therefore, the Court, having considered the pleadings, the declaration on file, and taken into consideration the Parties' agreement, is of the opinion that the Motion to Transfer Venue should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Transfer Venue be GRANTED, and that this cause be transferred to the United States District Court, District of Massachusetts, Boston Division.

IT IS FURTHER ORDERED that the clerk of this Court make up a transcript of all the orders made in this cause, certifying the transcript officially under the seal of this Court, and send it with the original papers in this cause to the clerk of the United States District Court, District of Massachusetts, Boston Division.



Certified a true copy of an instrument on file in my office on ________
Clerk, U.S. District Court,
Northern District of Texas
By Melody J. W. Deputy

All costs incurred in the cause are hereby taxed against the party incurring same.

Dated: Signed 10/22/04

JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

BRACEWELL & PATTERSON, L.L.P.

Michael L. Dinnin
State Bar No. 05888100
Morgan D. Meyer
State Bar No. 24013161

500 N. Akard, Suite 4000
Dallas, Texas 75201
(214) 758-1000 (Telephone)
(214) 758-1010 (Facsimile)

ATTORNEYS FOR DEFENDANTS,
HEWLETT-PACKARD COMPANY AND
INDIGO AMERICA, INC.

HILL GILSTRAP, P.C.

Frank Hill
State Bar No. 09632000
Stefanie Martin Klein
State Bar No. 11565650
1400 W. Abram Street
Arlington, Texas 76013
(817) 261-2222 (Telephone)
(817) 861-4685 (Facsimile)

ATTORNEYS FOR PLAINTIFF,
ADVANCED CARD SYSTEMS, INC.
D/B/A/ SANDIA IMAGING