# United States District Court
## Northern District of Texas
### Office of the Clerk

*501 West 10th Street Room 310*
*Fort Worth, TX 76102-3673*

October 26, 2004

Clerk, USDC
707 John W McCormack Post Office and Courthouse
90 Devonshire St
Boston, MA 02109

SUBJECT: Advanced Card Systems Inc vs. Hewlett-Packard Co et al 4:04-CV-685-A

Dear Sir or Madam:

The above action has been transferred to your court pursuant to the order of Judge McBryde dated October 22, 2004.

Enclosed are the necessary documents for transfer including a certified copy of the docket sheet.

A copy of this letter and a return envelope are enclosed for your convenience in acknowledging receipt of the file.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By Melody J Ware
Melody J Ware
*Deputy Clerk*

Enclosure

---

Please acknowledge below, receipt of the documents described above and the case number assigned:   04-12295 NG

Date: _____   Case No.: _____
    OCT 28 2004

Clerk, U.S. Court

By: _____
*Deputy Clerk*

CLOSED, JURY

## U.S. District Court
## Northern District of Texas (Fort Worth)
### CIVIL DOCKET FOR CASE #: 4:04-cv-00685
### Internal Use Only

Advanced Card Systems Inc v. Hewlett Packard Company et al
Assigned to: John McBryde
Demand: $75000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 09/24/2004
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Advanced Card Systems Inc**
*dba*
Sandia Imaging

represented by **Stefanie M Klein**
Hill Gilstrap
1400 W Abram St
Arlington, TX 76013
817/261-2222
Fax: 817/274-9724 FAX
Email: smklein@hillgilstrap.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Hewlett Packard Company**

represented by **Michael L Dinnin**
Bracewell & Patterson
Lincoln Plaza
500 N Akard
Suite 4000
Dallas, TX 75201-3320
214/758-1000
Fax: 214/758-1010 FAX
Email: michael.dinnin@bracepatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Indigo America Inc**

represented by **Michael L Dinnin**
(See above for address)
*LEAD ATTORNEY*

Certified a true copy of an instrument on file in my office on _____
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

1 of 2

10/26/2004 8:16 AM

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2004 | 1 | NOTICE OF REMOVAL from 342nd Judicial District Court, Tarrant County, case number 342-207280-04. ( Filing fee $ 150 receipt number 50273.), filed by Hewlett Packard Company, Indigo America Inc.(jmb, ) (Entered: 09/27/2004) |
| 09/24/2004 |  | DEMAND for Trial by Jury by Advanced Card Systems Inc. (jmb, )filed in state court (Entered: 09/27/2004) |
| 09/24/2004 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Hewlett Packard Company, Indigo America Inc. (jmb, ) (Entered: 09/27/2004) |
| 09/24/2004 | 3 | NOTICE of Certificate of Filing and Service by Hewlett Packard Company, Indigo America Inc (jmb, ) (Entered: 09/27/2004) |
| 10/01/2004 | 4 | MOTION to Dismiss for Improper Venue, IN THE ALTERNATIVE MOTION to Transfer Venue by Hewlett Packard Company, Indigo America Inc (mjw, ) (Entered: 10/04/2004) |
| 10/01/2004 | 5 | Appendix in Support re 4 MOTION to Dismiss MOTION to Transfer Case out of District/Division filed by Hewlett Packard Company, Indigo America Inc. (mjw, ) (Entered: 10/04/2004) |
| 10/06/2004 | 6 | STATUS REPORT ORDER:JOINT Status Report due by 4:30pm on 11/5/2004. (Signed by Judge John McBryde on 10/6/04) (mjw, ) (Entered: 10/07/2004) |
| 10/21/2004 | 7 | PLA'S RESPONSE to Motion re 4 MOTION to Dismiss MOTION to Transfer Case out of District/Division filed by Advanced Card Systems Inc. (mjw, ) (Entered: 10/22/2004) |
| 10/22/2004 | 8 | ORDER finding as moot 4 Motion to Dismiss, granting 4 Motion to Transfer Case out of District/Division...transferred to the USDC, District of Massachusetts, Boston Division...all costs are taxed against party incurring same. (Signed by Judge John McBryde on 10/22/04) (mjw, ) (Entered: 10/26/2004) |