UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. )<br>d/b/a SANDIA IMAGING, )<br>  )<br>        Plaintiff, )<br>   v. )<br>  )<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC., )<br>  )<br>        Defendant ) | Case No. 04 cv 12295 NG |

## NOTICE OF APPEARANCE

Please take notice of the appearance, as attorney for Hewlett-Packard Company and Indigo America, Inc., of E. Page Wilkins from Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109.

                                                                            Respectfully submitted,

                                                                            /s/ E. Page Wilkins
                                                      Kevin P. Light (BBO #300110)
                                                      E. Page Wilkins (BBO #654535)
                                                      CHOATE HALL & STEWART
                                                      Exchange Place
                                                      53 State Street
                                                      Boston, MA 02109-2804
                                                      Tel:   (617) 248-5000
                                                      Fax:   (617) 248-4000

Dated: November 9, 2004

3764707v1