UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. )<br>d/b/a SANDIA IMAGING, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC., )<br>)<br>Defendant ) | Case No. 04 cv 12295 NG |

**JOINT MOTION REGARDING**
**APPEARING AND ANSWERING OR OTHERWISE PLEADING**

Plaintiff Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Advanced Card") and Defendant Hewlett-Packard Company ("HP") and Indigo America, Inc. ("Indigo") hereby stipulate and agree to the following:

1. The time within which HP and Indigo may move, plead, answer or otherwise respond to the Complaint is extended to and including November 30, 2004.

2. The time within which Advanced Card may retain Massachusetts counsel and counsel may enter an appearance is extended to and including November 30, 2004.

3. The deadline for Initial Disclosures under Fed. R. Civ. P. 26(a)(1) will be tolled until 14 days after the actual date of the Rule 26(f) conference.

Case 1:04-cv-12295-NG   Document 11   Filed 11/09/2004   Page 2 of 2

Respectfully Submitted,

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. d/b/a SANDIA IMAGING | HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC. |
| By its Attorneys, | By its Attorneys, |
|     /s/ Stefanie M. Klein |     /s/ E. Page Wilkins |
| Frank W. Hill | Kevin P. Light (BBO #300110) |
| Stefanie M. Klein | E. Page Wilkins (BBO #654535) |
| HILL GILSTRAP | CHOATE, HALL & STEWART |
| 1400 W. Abram Street | Exchange Place |
| Arlington, TX 76013 | 53 State Street |
| (817) 261-2222 | Boston, MA 02109 |
| | (617) 248-5000 |

Dated: November 9, 2004

So Ordered: _____
       Justice, United States District Court

    Date: _____

2

3764962v1