UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. <br> d/b/a SANDIA IMAGING, <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY <br> and INDIGO AMERICA, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) Case No. 04 cv 12295 NG <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance, as attorney for Hewlett-Packard Company and Indigo America, Inc., of Kevin P. Light from Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109.

                                                    Respectfully submitted,

                                                    /s/ Kevin P. Light
                                        Kevin P. Light (BBO #300110)
                                        E. Page Wilkins (BBO #654535)
                                        CHOATE HALL & STEWART
                                        Exchange Place
                                        53 State Street
                                        Boston, MA  02109-2804
                                        Tel:    (617) 248-5000
                                        Fax:    (617) 248-4000

Dated:  November 9, 2004

3764785v1