UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. ) <br> d/b/a  SANDIA IMAGING, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HEWLETT-PACKARD COMPANY ) <br> and INDIGO AMERICA, INC., ) <br> ) <br> Defendant ) | Case No. 04 cv 12295 NG |

## JOINT MOTION REGARDING
## APPEARING AND ANSWERING OR OTHERWISE PLEADING

Plaintiff Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Advanced Card") and Defendant Hewlett-Packard Company ("HP") and Indigo America, Inc. ("Indigo") hereby stipulate and agree to the following:

1. The time within which HP and Indigo may move, plead, answer or otherwise respond to the Complaint is extended to and including December 3, 2004.

2. The time within which Advanced Card may retain Massachusetts counsel and counsel may enter an appearance is extended to and including December 3, 2004.

3773920v1

Respectfully Submitted,

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. <br> d/b/a  SANDIA IMAGING | HEWLETT-PACKARD COMPANY <br> and INDIGO AMERICA, INC. |
| By its Attorneys, | By its Attorneys, |
| _____/s/ Stefanie M. Klein_____ <br> Frank W. Hill <br> Stefanie M. Klein <br> HILL GILSTRAP <br> 1400 W. Abram Street <br> Arlington, TX 76013 <br> (817) 261-2222 | _____/s/ E. Page Wilkins_____ <br> Kevin P. Light (BBO #300110) <br> E. Page Wilkins (BBO #654535) <br> CHOATE, HALL & STEWART <br> Exchange Place <br> 53 State Street <br> Boston, MA 02109 <br> (617) 248-5000 |

Dated:  November 30, 2004

So Ordered: _____
            Justice, United States District Court

     Date: _____

3773920v1