# Exhibit 2



Hewlett-Packard Company
Indigo Division
400 Unicorn Park Drive
Woburn, MA 01801

Rami Hascal
Customer Support Business Manager
Digital Publishing Solutions
Indigo Division

781-937-7908 Tel.
781-937-8810 Fax
rami.hascal@hp.com

15 April, 2003

Bertrand Pelletier
Sandia Imaging
2811 Galleria Drive
Arlington, TX 76011

| | |
|---|---|
| Shared w/Parts Maintenance Contract Serial No. | 11200815 |
| Completion of Installation Date: | 03-15-03 |
| Warranty Expiration Date: | 06-15-03 |
| Extended Warranty Expiration Date: | 09-16-03 |
| Contract Commencement Date | 09-17-03 |

Dear Mr. Pelletier,

Pursuant to the terms and conditions of your Purchase and Sale Agreement for the above-referenced HP Indigo press, you received an additional three (3) months of Warranty as a result of your execution at that time of an HP Indigo Shared Maintenance Contract. Based on this extended coverage, your Extended Warranty Period expires on **09-16-03** and your Service Contract commences on the following day.

As you know, in order to be eligible for the Shared Maintenance Program with all parts included, you are required to have an HP Indigo Qualified Operator successfully complete HP Indigo's Shared Maintenance Training Course. Pursuant to the Purchase and Sale Agreement, this training must be completed within six (6) months of the certification of Completion of Installation Date shown above. Accordingly, your HP Indigo trained operator MUST be enrolled in <u>and complete</u> HP Indigo's Shared Maintenance Training Course on or before **09-17-03**, the Contract Commencement Date. If, for any reason, you fail to successfully complete such training by that date, please be advised that you will be placed under HP Indigo's Full Maintenance Service Program and will be invoiced retroactively as of the end of the Warranty Expiration Date **06-15-03** at the then current rate.

To schedule your training, please contact Karen Von Stroh, Training Coordinator at 781-937-8932.

Should you have any questions regarding the above, please feel free to contact me at 781-937-7908.

Sincerely,

Rami Hascal