# Exhibit 3



Hewlett-Packard Company
Indigo Division
550 King Street
Littleton, MA 01460

VIA FACSIMILE: 817-649-3301

Rami Hascal
Customer Support Business Manager
Digital Publishing Solutions
Indigo Division

978-506-6120 Tel.
978-506-7417 Fax
rami.hascal@hp.com

October 29, 2003

Bertrand Pelletier
Sandia Imaging
2001 E. Randall Mill
Suite 109
Arlington, TX 76006

    Re:    HP s2000 Business Builder Program Agreement executed on or about December 5, 2002.

            Press Serial No. 11200815
            Completion of Installation Date: March 15, 2003
            Original Warranty Expiration Date: June 15, 2003
            Contract Commencement Date: September 17, 2003

Dear Mr. Pelletier,

This letter is written in follow up to our prior letter to you dated April 15, 2003. As you know, your Purchase and Sale Agreement dated December 5, 2002 and executed by Bertrand Pelletier on December 5, 2002 from Sandia Imaging. ("Buyer") to Hewlett Packard, ("hp indigo") ("Seller") contained the following provision:

### WARRANTY

Seller agrees to provide Buyer with a three (3) month warranty (the "Warranty Period") on the Equipment. In addition, Indigo will provide Buyer with an additional three (3) months of warranty, thereby extending the Warranty Period to a total of six (6) months if Buyer (i) contemporaneously with the execution of this Purchase and Sale Agreement; executes a one year agreement for Seller's Shared Maintenance on the Equipment and (ii) completes the required Shared Maintenance Training Course within six months of Seller's completion of installation of the Equipment,.. In either event, the Warranty Period shall be deemed to have commenced upon Indigo's certification of completion of installation of the Equipment.

Similarly, the HP s2000 Business Builder program Agreement executed by you on or about December 5, 2002 stated as follows:

### SHARED MAINTENANCE REQUIREMENT:

**BUYER ACKNOWLEDGES THAT, IN ORDER TO QUALIFY FOR THE PRICING STATED HEREIN, BUYER MUST, WITHIN SIX (6) MONTHS OF SELLER'S CERTIFICATION OF COMPLETION OF INSTALLATION OF THE EQUIPMENT, SUCCESSFULLY COMPLETE SELLER'S SHARED MAINTENANCE TRAINING COURSE. IN THE EVENT BUYER FAILS TO DO SO, BUYER SHALL BE DEEMED TO BE IN MATERIAL BREACH OF THIS AGREEMENT, AND SELLER RESERVES THE RIGHT, IN ITS SOLE DISCRETION, TO MODIFY THE PRICING SET FORTH IN THIS AGREEMENT AND/OR TO CANCEL THIS AGREEMENT IN ITS ENTIRETY.**



Hewlett-Packard Company
Indigo Division
550 King Street
Littleton, MA 01460

To date, notwithstanding our previous letter mentioned above, you have failed to complete the required Shared Maintenance Training Course you signed up for on August 18, 2003. As a result, pursuant to the contractual provisions above, the following charges are being applied to your account, effective immediately:

Effective September 18, 2003 (month seven following Completion of Installation), your Additional Monthly Charges will be $1,550.00. These Additional Monthly Charges will remain in effect until such time as your Qualified Operator has successfully completed hp indigo's Shared Maintenance Training Course on the Equipment.

Please be aware that there are a limited number of seats in each class. Therefore, please schedule your training ASAP by contacting Karen Von Stroh, Training Coordinator at 978-506-6215.

Should you have any questions regarding the above, please feel free to contact Debra Gilbert in our Service Department at 978-506-6106.

Sincerely,

Rami Hascal
Customer Support Business Manager