# Exhibit 5

## hp s2000 BUSINESS BUILDER PROGRAM AGREEMENT



This Agreement is entered into this __6th__ day of __DEC_____ 2002__ ***, between Indigo America, Inc., a wholly owned subsidiary of Hewlett-Packard Company ("Seller"), with offices at 400 Unicorn Park Drive, Woburn, Massachusetts 01801, and Sandia Imaging_____ with offices at _____2811 Galleria Dr_____
_____Fort Worth, TX 76011_____ ("Buyer").

Telephone: _____817 649-3222_____   FAX: _817 649-3301_____

E-Mail Address:_____bpelletier@sandiaimaging.com_____

Production Site Address: _____ (the "Production Site" and/or the "Site")

Buyer specifically acknowledges and agrees that the provisions of this Business Builder Program Agreement represent the entire agreement between Buyer and Seller with respect to the Services (as defined herein), and that this Agreement supersedes and cancels any and all prior understandings, written or oral between the parties regarding same.

Initial Term:            24 MONTHS
hp indigo System Type: __S2000__    ++++ Serial Number(s): __11200815__ (the "Indigo Equipment System(s)" and/or the "Equipment")
                                                                    Cust 11043

| REQUIREMENTS FOR COMMENCEMENT OF AGREEMENT ||||
| --- | --- | --- | --- |
| | ITEM | SELLER'S AUTHORIZED SIGNATURE | DATE |
| ✓ | hp indigo A/R BALANCE @ NET 30 | B. MacDonald | |
| | CONNECTED TO INDIGOSERVE® | | |
| ✓ | REASONABLE INVENTORY ON-SITE | B MacDonald | |
| | REGISTERED ON my hp indigo.com | | |
| AGREEMENT COMMENCEMENT DATE: 3/13/03   *** ||||
| ***THE AGREEMENT COMMENCEMENT DATE WILL BE DETERMINED BY SELLER BASED ON COMPLIANCE WITH THE ABOVE CRITERIA. THIS AGREEMENT SHALL BE OF NO FORCE OR EFFECT UNTIL SUCH TIME AS (1) THE ABOVE AGREEMENT COMMENCEMENT DATE HAS BEEN SET BY AN AUTHORIZED REPRESENTATIVE OF SELLER AND (2) A COPY OF THIS AGREEMENT, COUNTERSIGNED BY SELLER'S AUTHORIZED REPRESENTATIVE, HAS BEEN RETURNED TO BUYER. ||||

SHARED MAINTENANCE REQUIREMENT:

BUYER ACKNOWLEDGES THAT, IN ORDER TO QUALIFY FOR THE PRICING STATED HEREIN, BUYER MUST, WITHIN SIX (6) MONTHS OF SELLER'S CERTIFICATION OF COMPLETION OF INSTALLATION OF THE EQUIPMENT, SUCCESSFULLY COMPLETE SELLER'S SHARED MAINTENANCE TRAINING COURSE. IN THE EVENT BUYER FAILS TO DO SO, BUYER SHALL BE DEEMED TO BE IN MATERIAL BREACH OF THIS AGREEMENT, AND SELLER RESERVES THE RIGHT, IN ITS SOLE DISCRETION, TO MODIFY THE PRICING SET FORTH IN THIS AGREEMENT AND/OR TO CANCEL THIS AGREEMENT IN ITS ENTIRETY.

Page 1

# hp s2000 BUSINESS BUILDER PROGRAM AGREEMENT – CONT'D

Buyer shall purchase from Seller, and Seller shall provide to Buyer, at Buyer's Site described above, the goods and services described in this Agreement (the "Services") The Services shall be provided with respect to the Indigo Equipment System(s) described above at the prices and rates described herein and/or attached hereto, all in accordance with the terms and conditions of this Agreement.

☒ **OPTION 1: COMMITMENT PLAN BASED 100,000 IMPRESSIONS^^^ PER MONTH**

**6 MONTH RAMP UP PERIOD:**
During the six (6) month period following Seller's Completion of Installation of the Equipment covered under this Agreement, Buyer shall pay Seller $0.0482 per impression^^^.

**ALL REMAINING MONTHS:**
For all remaining months under this Agreement, Buyer shall pay the following charges:

**Monthly Base-Commitment Charge of $4,820/Unit/Month**
(This Charge Will Be Billed Monthly And Is Due And Payable Regardless Of The Number Of Impressions Printed.)

**PLUS - Monthly Overage Impression Charges of $0.0275 per impression for each print impression in excess of 100,000 Impressions^^^ per month**
(This Charge Will Be Billed Monthly, And Is Due And Payable Per Invoice Terms for Same.)

☐ **OPTION 2: COMMITMENT PLAN BASED ON 200,000 IMPRESSIONS^^^ PER MONTH**

**6 MONTH RAMP UP PERIOD:**
During the six (6) month period following Seller's Completion of Installation of the Equipment covered under this Agreement, Buyer shall pay to Seller $0.0348 per impression^^^

**ALL REMAINING MONTHS:**
For all remaining months under this Agreement, Buyer shall pay the following charges:

**Monthly Base-Commitment Charge of $6,950/Unit/Month**
(This Charge Will Be Billed Monthly, And Is Due And Payable Regardless Of The Number Of Impressions Printed.)

**PLUS - Monthly Overage Impression Charges of $0.025 per impression for each print impression in excess of 200,000 Impressions^^^ per month**
(This Charge Will Be Billed Monthly And Is Due And Payable Per Invoice Terms for Same.)

☐ **OPTION 3: COMMITMENT PLAN BASED ON 300,000 IMPRESSIONS^^^ PER MONTH**

**6 MONTH RAMP UP PERIOD:**
During the six (6) month period following Seller's Completion of Installation of the Equipment covered under this Agreement, Buyer shall pay to Seller $0.0295 per impression^^^

**ALL REMAINING MONTHS:**
For all remaining months under this Agreement, Buyer shall pay the following charges:

**Monthly Base-Commitment Charge of $8,850/Unit/Month**
(This Charge Will Be Billed Monthly, And Is Due And Payable Regardless Of The Number Of Impressions Printed.)

**PLUS - Monthly Overage Impression Charges of $0.023 per impression for each print impression in excess of 300,000 Impressions^^^ per month**
(This Charge Will Be Billed Monthly And Is Due And Payable Per Invoice Terms for Same.)

# hp s2000 BUSINESS BUILDER PROGRAM AGREEMENT – CONT'D

N ADDITION TO THE ABOVE SELECTED MONTHLY CHARGES, BUYER SHALL PAY THE FOLLOWING CHARGES, AS APPLICABLE:

☒ **Monthly "Single Color" Impression^^^ Charges:**
For single color print jobs (as designated or confirmed by Seller) (12 x 18 impressions), a per impression rate of $0.015 (the "Single Color Impression Rate"). All Single Color Impressions will be charged at the rates stated above until such time as Buyer has printed impressions in excess of those included under the Monthly Base Commitment Charge.

☒ **Monthly "Double Color" Impression^^^ Charges:**
For two color print jobs (as designated or confirmed by Indigo) (12 x 18 impressions), a per impression rate of $0.017 (the "Double Color Impression Rate"). All Double Color Impressions will be charged at the rates stated above until such time as Buyer has printed impressions in excess of those included under the Monthly Base Commitment Charge.

^^^*The number of print impressions shall be determined by Seller on the basis of its reading of the Print Impressions Counter installed in the Indigo Equipment System(s) (measures drums' circulation coupled with ink injection), or on the basis of any other reasonable method determined by Seller.*

++++*In the event Buyer maintains more than one Indigo Equipment System at its site, ALL such presses MUST be included on a single Business Builder Program Agreement, and monthly determinations of impression volume will be made on an aggregate basis for the Site.*

**OPTION TO ALTERNATE VOLUME COMMITMENT PLAN**
At the conclusion of the first 12 month period under this Agreement, or the conclusion of any subsequent 12 month period thereafter, Buyer may, provided Buyer has fully performed all then outstanding obligations under this Agreement, select an alternate "Volume Commitment Plan" from those listed above. In order to exercise such option, Buyer must notify Indigo in writing thirty (30) days prior to the conclusion of the applicable 12 month period. If Buyer fails to provide Indigo with such written notice within thirty (30) days of the conclusion of any 12 month period, Buyer shall remain on Buyer's then-current volume commitment plan for the subsequent 12 month period.

Buyer acknowledges that the pricing contained in this Agreement is contingent upon Buyer's purchase of Indigo Imaging Products (as defined herein) through Seller's website, http://www.hp.com/go/indigo. In the event Buyer fails to comply with this requirement, Seller may, in its sole discretion, modify the Monthly Base Commitment Charge and/or the per impression charges set forth above.

**TERM OF AGREEMENT:**
BUYER ACKNOWLEDGES THAT THE PRICING AND TERMS PROVIDED BY SELLER UNDER THIS AGREEMENT ARE CONDITIONED UPON BUYER'S FULFILLMENT OF ALL OF ITS OBLIGATIONS DURING THE ENTIRE TWENTY FOUR (24) MONTH INITIAL TERM, COMMENCING UPON THE AGREEMENT COMMENCEMENT DATE STATED ON PAGE 1, OF THIS AGREEMENT. ACCORDINGLY, IN THE EVENT THAT, PRIOR TO THE EXPIRATION OF THE INITIAL TERM, (i) BUYER TERMINATES (OR FAILS TO PERFORM ITS OBLIGATIONS UNDER) THIS AGREEMENT OR (ii) SELLER TERMINATES THIS AGREEMENT DUE TO BUYER'S MATERIAL BREACH OF SAME, BUYER AGREES TO PAY ALL AMOUNTS DUE TO SELLER AS OF THE DATE OF SUCH EARLY TERMINATION, TOGETHER WITH AN AMOUNT EQUAL TO THE MONTHLY BASE COMMITMENT CHARGE MULTIPLIED BY THE NUMBER OF MONTHS REMAINING IN THE INITIAL TERM.

# BUSINESS BUILDER PROGRAM AGREEMENT – CONT'D

### Terms and Conditions

1. **Operator Shared Maintenance Training:**
Buyer acknowledges that this Agreement is conditioned upon the successful completion of Seller's Shared Maintenance Training course by one of Buyer's qualified Operators. The Operator Shared Maintenance Training Course will be provided at one of Seller's Training Centers. Following successful completion of the training (as determined by Seller in its sole discretion), the Operator will become a qualified/certified Shared Maintenance Technician. As part of this Agreement, Seller agrees to provide the Shared Maintenance Training (a $13,250.00 USD value) to Buyer at no additional cost. Buyer shall be solely responsible for all compensation, travel, accommodations, and expenses of its employee while attending such training. Buyer further acknowledges that, should it cancel or otherwise fail to complete a twenty four (24) month term under this Agreement, it shall reimburse Seller the $13,250.00 USD training cost.

2. **IndigoServe™ Release and Authorization:**
Buyer hereby agrees to maintain within Buyer's Indigo Equipment System(s) an hp IndigoServe connection as more fully set forth in section 7(D) below, for the purpose of preventative maintenance and monitoring; software updating; statistical data gathering; sensor activity; impression rates/dates; and software performance of Buyer's Indigo Equipment System(s) and/or peripheral equipment. Buyer expressly releases the data gathered by such hp IndigoServe connection to Seller. UNDER NO CIRCUMSTANCES SHALL INDIGO, OR ITS SUPPLIERS, BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY LOSS, INJURY OR DAMAGE, OF WHATEVER KIND OR NATURE, RESULTING FROM OR ARISING OUT OF ANY MISTAKE, ERROR OR OMISSION, DELAYS OR INTERRUPTIONS IN THE RECEIPT, TRANSMISSION OR STORAGE OF ANY MESSAGES, SIGNALS OR INFORMATION ARISING OUT OF OR IN CONNECTION WITH THE SERVICES OR THE EQUIPMENT DESCRIBED ABOVE. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, INDIGO AND ITS SUPPLIERS SHALL IN NO EVENT BE LIABLE TO YOU OR ANY OTHER PERSON FOR INDIRECT, INCIDENTAL, OR SPECIAL DAMAGES, LOST PROFITS, LOST SAVINGS OR ANY OTHER FORM OF CONSEQUENTIAL DAMAGES, REGARDLESS OF THE FORM OF ACTION, EVEN IF INDIGO AND ITS SUPPLIERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

3. **Covered Parts:**
All parts required for the maintenance of the Equipment are covered under this Agreement, and shall be provided to Buyer at no additional charge. (Freight/Shipping charges for all parts will be billed to Buyer.)

4. **Service Hours**
Seller shall provide the Services (excluding those described as "Additional Services" below) between the hours of 8:00 a.m. and 5:00 p.m. local time at the Site of Equipment's installation, Monday through Friday, excluding National and Seller designated holidays (the, "Normal Service Hours"). If Buyer requests Seller to perform any task with respect to the Equipment outside of Normal Service Hours, such task or tasks shall be deemed Additional Services and will be subject to Seller's standard time and material charges.

5. **Term of Agreement**
(A) This Agreement is effective as of the Commencement Date stated on the face page of this Agreement and will continue in effect for a period of twenty four (24) months thereafter (the, "Initial Term"). Upon the expiration of the Initial Term, this Agreement will automatically be extended for additional periods of one (1) month, unless and until either party furnishes to the other, a sixty (60) day written notice of termination, which notice shall be effective at the conclusion of such sixty (60) day period. Such notice shall be provided to the appropriate party via certified mail at the address listed herein. The Initial Term and any extensions thereto are referred to herein as the, "Term of the/this Agreement."

(B) At any time during the Term of this Agreement, Seller may evaluate the Equipment, its use and its environment and may, upon ninety (90) days prior written notice to Buyer, condition the continuation of this Agreement, with respect to all or any part of the Equipment, on changes in the prices and/or rates listed or described herein, changes in the Equipment, its environment and/or its use, or such other changes as are, in the opinion of Seller, necessary for the proper operation and maintenance of the Equipment, it being agreed that any such changes shall be made at the Buyer's expense. If Buyer does not make or let any of these changes by made in time, Seller shall be entitled to terminate this Agreement with immediate effect by giving notice thereof.

(C) Following the expiration of the Initial Term of this Agreement, Seller reserves the right to change the Services rendered under this Agreement and/or the terms and conditions, including pricing, of same.

**Shared Support Services and Definitions:**
6. **Responsibilities of Seller**
(A) Seller, as part of this Agreement, undertakes to provide to Buyer the following Shared Support Maintenance Services:
(i) upon Buyer's request, Seller will provide up to four (4) requested visits per quarter to Buyer's Production Site (a quarter is defined as the following three (3) month periods: January-March, April-June, July-September, October-December) during normal business hours (Monday-Friday, 8:00 a.m. to 5:00 p.m., excluding Seller's and Nationally recognized Holidays) during which Seller will
  (a) repair those parts (the, "Parts") of any item of Equipment found to be faulty or unserviceable during the performance of the Shared Support Maintenance Services; and/or
  (b) install mandatory part(s) retrofits or software updates designated by Seller as part of the operating system (not options), software updates as developed and released by Seller, or Seller's affiliates, for use with the Equipment, including all necessary written materials to allow operation of new features incorporated in such software updates (Field Change Orders or "FCO's"). Those FCO's designated by Seller to be beyond the trained capacity of the Buyer's certified Shared Maintenance Technician, shall be provided by Seller at no additional charge and without charge to Buyer's four (4) quarterly visits. In addition, Seller will provide the training of Buyer's Shared Maintenance Technician(s) at the Site as may be required, (at Seller's discretion), to provide efficient operation of the Equipment with such software updates. All such software is licensed for use solely on the Indigo Equipment System on which it was first installed, and shall be governed by the Terms and Conditions of Sale relative to such Equipment;
(ii) Buyer shall have access to telephone support, Monday through Friday 8:00 a.m. - 8:00 p.m. EST at no additional charge. In addition, at Seller's sole discretion, Buyer may also have access to telephone support, at no additional charge, during the following "Additional Phone Support Hours:" Monday through Friday 8:00 p.m. 0 1:00 a.m., EST and Saturday and Sunday 8:00 a.m. - 8:00 p.m. EST. Seller reserves the right to discontinue the Additional Phone Support Hours at anytime, in its (Seller's) sole discretion, upon notice to Buyer.
(iii) Seller shall provide Buyer with the Buyer's needs for the following Imaging Products: ElectroInk® in Cyan, Magenta, Yellow and Black (all other inks will be provided to Buyer at an additional charge), PIP's, printing blankets and Imaging Oil (collectively, the "Imaging Products" or the "Indigo Imaging Products"), as well as for Operator Maintainable Products (as listed in Seller's list of Operator Maintainable Products), to the extent that such needs do not exceed Seller's "Maximum Usage Per Impression" (as published from time-to-time by Seller). Buyer shall inform Seller of its needs by issuing standard Indigo Imaging Products and Operator Maintainable Products order forms for such items when they are so needed. The conditions applicable to Seller's standard Purchase and License Order shall apply to all such orders. Such Indigo Imaging Products and Operator Maintainable Products are intended solely for use by the Buyer in/on/for the Indigo Equipment Systems and shall remain the property of Seller until utilized in the Indigo Equipment Systems. Indigo Imaging Products and Operator Maintainable Products ordered in excess of Seller's Maximum Usage Per Impression shall be charged and billed to Buyer at Seller's then current standard list prices.
(B) In addition to the Maintenance Services listed above, Seller will provide to Buyer, at an additional cost, and in conjunction with Buyer's separate purchase order(s), or as otherwise authorized by Buyer, the following Additional Services (the "Additional Services"):
(i) services outside of Normal Service Hours, or beyond the four (4) covered quarterly on-site visits. For those Site visits beyond the four (4) covered quarterly visits, Buyer will receive a thirty percent (30%) discount from Seller's current list prices for labor and travel.;
(ii) repair of any damage to the Equipment or any part thereof resulting from causes (not attributable to Seller) external to the Equipment, including, without limitation, (a) Buyer's neglect, mishandling, misuse and/or unauthorized repair of the Equipment or any part thereof, (b) Buyer's failure to maintain the Site in accordance with Seller's installation site specifications, a copy of which has been provided to Buyer (the "Installation Site Specifications"); (c) Buyer's use of the Equipment for purposes other than those for which it was designed, (d) Buyer's use of materials or supplies that do not meet Seller's specifications and instructions, and/or (e) Buyer's or a third party's software or firmware programming;
(iii) modifications, alterations, specification changes, Equipment engineering changes, enhancements, painting, refinishing, and other forms of extra work, including relocating, adding or removing accessories, attachments or other devices, installing additional wiring, moving other Equipment and cables and/or repairing a previously-prepared site to render the Equipment operational;
(iv) damage resulting from accident (not attributable to Seller), transportation, improper cooling or humidity control, failure of telephone Equipment or communication lines, failure or fluctuation of electrical power, and/or failure of foreign interconnect Equipment; and
(v) other maintenance requests that are not included in Shared Support Maintenance Services or that Seller does not exclude pursuant to subsections C, D, E below.

Page 5

**(C)    Seller may, at any time, exclude from this Agreement any Equipment which:**
(i)    has been modified, repaired or serviced by anyone other than Seller, or Buyer's duly certified Shared Maintenance Technician in accordance with their authorized training provided by Seller,
(ii)   has been subjected to unusual physical or electrical stress, whether such stress results from accident, neglect, misuse, failure of electrical power, air conditioning, humidity control, transportation, or any other cause other than ordinary use, or is the fault of the Buyer, or
(iii)  has been moved from the place of installation, other than by Seller in accordance with this Agreement.
**(D)    Seller shall not provide any of the following:**
(i)    electrical work external to the Equipment;
(ii)   repairs that are impractical for Seller to perform due to the connection of the Equipment or any part thereof by mechanical or electrical means to another machine or device and/or the physical inaccessibility of the Equipment or any part thereof; and
(iii)  maintenance of any alterations, attachments, equipment, and/or other devices not furnished by Seller.
**(E)    SHOULD BUYER FAIL TO PERFORM ANY OF ITS RESPONSIBILITIES UNDER THIS AGREEMENT, INCLUDING BUT NOT LIMITED TO ITS TIMELY PAYMENT FOR SHARED SUPPORT SERVICES, SELLER, WITH OR WITHOUT NOTIFICATION TO THE BUYER, SHALL HAVE THE RIGHT TO SUSPEND ITS SHARED SUPPORT RESPONSIBILITIES HEREUNDER. BUYER ACKNOWLEDGES AND AGREES THAT SELLER'S SUSPENSION OF THE SERVICES PROVIDED HEREUNDER, BASED UPON BUYER'S FAILURE TO FULFILL ITS RESPONSIBILITIES UNDER THIS AGREEMENT, SHALL NOT BE A BREACH OF THIS AGREEMENT BY SELLER NOR A WAIVER OF ANY RIGHTS HEREUNDER.**

**7.    Responsibilities of Buyer**

In order to enable Seller to provide the Services in a proper and efficient manner, Buyer shall, throughout the Term of the Agreement, at no charge to Seller:

**(A)** operate the Equipment utilizing only Seller approved Imaging Products and personnel trained by Seller, and in accordance with the instructions of Seller's Service Engineer and/or maintenance personnel and the recommendations and instructions appearing in the manuals supplied with the Equipment (the, "Operating Manuals") and not perform, directly or indirectly, maintenance, repair, modification or alteration of the Equipment, other than those performed by Buyer's certified Shared Maintenance Technician in accordance with their Seller authorized training;

**(B)** To have not less than one of Buyer's Shared Maintenance Technician present at or available to the Site at all working times.

**(C)** To have Buyer's Shared Maintenance Technician perform the routine preventive maintenance and cleaning, and to perform the repair and maintenance of the Equipment and Software, all in conformity with the recommendations communicated during the Shared Maintenance Training and as set forth in the service manuals or instructions supplied or communicated by Seller.

**(D)** To maintain an operating hp IndigoServe connection, as defined in this paragraph, on the Equipment, dedicated solely to enable on line connections with the hp IndigoServe remote diagnostic system. Indigo will use this connection solely for purposes of remote diagnostics of the Equipment, of accessing the Equipment's impression counters, and as a collection source of statistical data. The hp IndigoServe connection provided by the Buyer must be a dedicated analogue telephone line. Buyer's (i) detachment from the hp IndigoServe remote diagnostic system (ii) misuse of the hp IndigoServe remote diagnostic system or (iii) tampering with the Equipment's impression counters shall be deemed a material breach of this Agreement by Buyer.

**(E)** Not to perform any modification, alteration, or removal of the Equipment without Seller's prior written approval.

**(F)** promptly notify Seller if the Equipment needs maintenance or is not operating correctly.

**(G)** operate the Equipment using only paper and substrates described in Seller's paper and substrate information;

**(H)** maintain the Site in accordance with the requirements of the Installation Site Specifications and the instructions of the Seller's Service Engineers and/or Maintenance Personnel;

**(I)** perform the routine hardware preventive maintenance and cleaning described in the Operating Manuals;

**(J)** provide the Maintenance Personnel with reasonable access to the Site as well as to the data relating to the operation of the Equipment;

**(K)** provide the Maintenance Personnel, within reasonable proximity to the Equipment, with adequate working space and facilities, including, without limitation, heat, light, ventilation, air conditioning, electric current and outlets, and telephone and facsimile services;

**(L)** perform all other activities and provide all other support reasonably requested by Seller.

**(M)** pay for all shipment charges for spare parts, Indigo Imaging Products and Operator Maintainable Products;

(N) Seller and Buyer agree to order and deliver Parts pursuant to this Agreement in accordance to the following procedure:

(i) Buyer, when ordering any parts covered under this Agreement for shared support maintenance and or repair, will open a call at the HP Indigo Customer Care Center;

(ii) a Representative of Seller's Technical Group will review and approve the request or contact the Buyer's Technician to discuss the request;

(iii) Buyer shall return, at its expense, all covered parts to Seller, that have been defined by Seller as returnable, to the address listed on the parts packing slip.

**8.   Eligibility for Coverage**

(A) Immediately prior to the Commencement Date, Seller shall have the right to inspect any item of Equipment that, at such time, was not under warranty or covered by another of Seller's maintenance services agreement. Buyer shall pay for any labor, materials and adjustments deemed necessary by Seller to place the Equipment in good operating condition suitable for inclusion hereunder, all at the rates for Additional Services set forth in Seller's service price sheet.

(B) Buyer shall be entitled, upon written notification to Seller, to include under the terms and conditions of this Agreement any Equipment supplied by Seller and acquired by Buyer during the Term of the Agreement and installed at the Site, whereupon the prices and rates set forth herein will be revised accordingly.

**9.   Removal of Equipment**

Buyer shall not remove the Equipment from the place of original installation without the supervision of Seller. Buyer shall provide Seller with at least a sixty (60) days prior written notice of its intent to move any and/or all of the Equipment to a location other than the Site at which it was originally installed. Seller shall, within fourteen (14) days of its receipt of such notice, advise Buyer if such location is within the same service area, as designated by Seller, as the original Equipment Site. If such location is not within the same service area, as designated by Seller, as the original Equipment installation Site, Seller shall advise the Buyer of any change in the shared support response time and/or Service pricing. Seller's Maintenance Personnel shall supervise the dismantling and packing of the Equipment and shall inspect and reinstall the Equipment at the new location. All such services shall be billed to Buyer as Additional Services. If, upon relocation and inspection, the Maintenance Personnel determine that the Equipment is not in good operating condition as a result of causes beyond Seller's control, Seller shall endeavor to restore such Equipment to good operating condition and shall bill Buyer for all applicable additional labor, parts and adjustments at the rates and prices for Additional Services.

**10.   Service Charges**

(A) The rates stated herein shall include four (4) on-site visits by Seller's Maintenance Personnel per quarter, and include all travel time and expenses that are incurred by Indigo's Maintenance Personnel in connection with the performance of the Services. Travel time and associated expenses including mileage, tolls, parking and other out of pocket costs, with respect to Additional Services not covered under the Partners Program will be charged to Buyer at the hourly rate for such Additional Services applicable to the day and hour in which the travel takes place. The parties agree that, in the event that Buyer's total combined annual charges for "Monthly Base Commitment Charges" and "Additional Services" under this Agreement exceed the then current annual service charges for like equipment maintained under a Full Service Maintenance Agreement, Seller will, at the end of any such year, provide Buyer with a credit equal to the difference in such amounts. Any and all other applicable charges under this Agreement shall be due in full.

(B) Charges for Partners Program Shared Support Maintenance Services shall be billed in advance, and are due and payable by the fifteenth (15th) of the following month. If Buyer fails to provide payment by the fifteenth (15th) of the month, Indigo also reserves the right to bill time and material prices for services rendered after this period. Indigo reserves the right to add one and one half percent (1½%) interest on all outstanding balances.

**11.   Response Time**

Requests for Services hereunder will be responded to and handled as Buyer requests (per this Agreement), and will receive priority over non-contract calls of third parties. Services available during the Term of the Agreement shall consist of either, or both of; a) "On-Call" maintenance, i.e. telephone responses from a technically qualified representative of Seller; or b) "On-Site" maintenance, whereby Seller's Maintenance Personnel, stationed at a location other than the Site, shall arrive on Site to service the eligible Equipment. The response time provided to the Buyer under this Agreement shall be based upon Seller's best reasonable effort and upon the average response time applicable to an Seller-defined region and is predicated by the proximity of the Site to the nearest HP Indigo Customer Care Center. Please ask your Account Manager for the average response time in your area.

12. **Warranty**

EXCEPT FOR THE WARRANTY PROVIDED FOR IN THE EQUIPMENT PURCHASE AGREEMENT, AND A THIRTY (30) DAY WARRANTY ON LABOR PERFORMED AND PARTS REPLACED DURING AN ON-SITE SERVICE CALL, THERE ARE NO WARRANTIES, LIABILITIES, OR GUARANTEES, EXPRESS OR IMPLIED (INCLUDING ANY PATENT WARRANTIES OR WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE), OF ANY NATURE WHATSOEVER, ARISING IN CONTRACT, TORT, NEGLIGENCE OF ANY DEGREE, STRICT LIABILITY OR OTHERWISE, WITH RESPECT TO THE EQUIPMENT OR ANY PART THEREOF AND/OR WITH RESPECT TO THE SERVICES, INCLUDING, WITHOUT LIMITATION, ANY LIABILITIES OF SELLER FOR ANY CONSEQUENTIAL AND/OR INCIDENTAL DAMAGES AND/OR LOSSES (INCLUDING LOSS OF USE, REVENUE AND/OR PROFITS) OF BUYER OR ANY THIRD PARTY. SELLER'S MAXIMUM LIABILITY FOR ANY AND ALL LOSSES OR DAMAGES INCURRED BY BUYER IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED (A) IN RESPECT OF SERVICES - AMOUNTS PAID BY BUYER WITH RESPECT TO THE RELEVANT ITEM OF EQUIPMENT DURING THE THREE (3) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT CREATING SUCH LIABILITY, OR (B) IN RESPECT OF ADDITIONAL SERVICES - ALL AMOUNTS PAID WITH RESPECT TO THE RELEVANT ADDITIONAL SERVICES.

13. **Force Majeure**

Seller shall not be liable for, nor be deemed to be in default by reason of, any delay or failure in the performance of its obligations (or any part thereof) under this Agreement, when such delay or failure is caused, in whole or in part, by circumstances constituting Force Majeure, including without limitation, an Act of God, war, riot, strike, fire, flood, failure or delay on the part of subcontractors, suppliers or carriers, or any other cause or circumstance, direct or indirect, beyond Seller's reasonable control. Such failure or delay, to the extent it retards Seller's performance of the Services or any other undertaking under this Agreement, will extend the time for performing the same for as many days beyond the applicable performance date as is required to obtain removal of the Force Majeure.

14. **Support and Maintenance Charges**

a) Monthly Base-Commitment Charge: The Monthly Base Commitment Charge set forth herein shall be billed to Buyer in advance and is due and payable pursuant to the terms of Seller's invoice for same.

b) Monthly Overage Impression Charges: The Monthly Overage Impression Charges shall consist of an amount found by multiplying each print impression in excess of the stated Monthly Base Commitment number by the Monthly Overage Impression Charges specified herein. The number of print impressions for purposes of this calculation shall be determined by Seller on the basis of its reading of the Print Impressions Counter installed in the Equipment (measures drums' circulation coupled with ink injection), or on the basis of any other reasonable method determined by Seller. The Buyer shall comply with the provision above entitled "hp IndigoServe Release and Authorization" to provide on-line modem connection to Seller for remote access to the Print Impressions Counter. The Monthly Overage Impression Charges shall be billed to Buyer in arrears and are due and payable pursuant to the terms of Seller's invoice for same.

c) Credit for Low Usage  To the extent that the Buyer's average usage of Indigo Imaging Products and Operator Maintainable Products (as measured by Seller) is less than Seller's "Best Practice Usage Per Impression" (as published from time-to-time by Seller), the Buyer may receive a credit towards its account with Seller, relative to the Equipment.

d) Charges for Excess Usage: To the extent that the Buyer's average usage of Imaging Products and Operator Maintainable Products (as measured by Seller) is higher than Seller's "Maximum Usage" (as published from time-to-time by Seller), Buyer may be assessed a charge against its account with Seller.

e) All prices are net and do not include withholdings and other taxes, levies, duties or deductions of any nature whatsoever, which shall be paid by the Buyer.

f) Buyer is not entitled to set-off or deduct any amount charged by Seller, or to suspend its payment obligations for any reason whatsoever, despite any defense or counterclaim the Buyer may have against Seller (other than counterclaims finally adjudged against Seller).

g) Without prejudice to Seller's other rights and remedies hereunder or under law, Seller shall be entitled to charge interest at the rate of 1.5% per month, accrued daily, on all such overdue sums from the due date until the outstanding sums are paid.

15. **Termination and Suspension**

a) Without prejudice to Seller's other rights and remedies, Seller is entitled, at its sole discretion, to suspend the performance of its obligations under this Agreement or to terminate this Agreement, in whole or in part, by a written declaration, if the Buyer breaches one or more of its obligations under this Agreement or under any other order or agreement with Seller and such

breach continues for more than three days from the day on which the obligation has to be performed; or if the Buyer becomes insolvent, there is any act of bankruptcy regarding dissolution liquidation or insolvency of the Buyer, or any equivalent proceeding takes place under the laws in which the Buyer is incorporated, carries on businesses or has assets.

b) In any of these events all sums shall become due and payable to Seller notwithstanding any credit conditions previously in effect.

16. **Miscellaneous**

(A) Buyer may not assign its rights or obligations under this Agreement to any other party except to its subsidiaries and/or affiliates or the surviving entity of a merger or consolidation, without the prior, written consent of Seller. In the case of such an assignment, Buyer shall continue to be liable for the performance of its obligations hereunder.

(B) This Agreement shall be governed by, and construed in accordance with, the laws of the Commonwealth of Massachusetts. Any dispute arising hereunder shall be brought before, and decided upon by, the United States District Court for the District of Massachusetts, or by the relevant courts of the Commonwealth of Massachusetts, sitting in or near Boston, Massachusetts, and both parties hereto hereby submit to the jurisdiction of such courts.

(C) Any notice or other communication required to be given hereunder will be in writing, to the parties respective addresses appearing in this Agreement or such other addresses as the parties may advise at a later date, and shall be deemed to have been sufficiently given or served for all purposes ten (10) business days after being mailed by prepaid registered mail, or, with proof of delivery, one (1) business day after being transmitted by facsimile or manually delivered.

(D) The captions and headings herein are for convenience of reference only, and shall not limit, extend or otherwise affect the meaning hereof.

(E) Neither the failure of either party to insist upon compliance with any provision hereof nor the toleration by either party of the breach of any provision hereof will constitute a waiver or modification of such provision or of any other provision hereof. To the extent that any provision hereof is unenforceable under applicable law, it shall be replaced by an enforceable provision to the same or the nearest possible equivalent effect. In such event, the other provisions hereof shall continue in full force unless the effect of the unenforceability of any provision, or the consequences of the replacement provision, shall be such as to cause a substantial diminution in the consideration received by either party hereunder.

(F) The herein terms and conditions constitute the entire Agreement between the parties, govern the parties' obligations relating to the Services provided hereunder, and supersede any and all other agreements, oral or written, relating to such subject matter that may have been entered into between the parties prior to the date of this Agreement.

(G) All other provisions appearing in any Services-related document forwarded to Seller by Buyer (whether prior or subsequent to the date of this Agreement), including, without limitation, in any purchase order of Buyer, shall, insofar as such provisions modify, add to, conflict with and/or differ from the terms and conditions contained herein, be deemed inapplicable and as having been waived by Buyer, unless such provisions are agreed to in a writing specifically referencing this Agreement and signed by representatives of both parties hereto.

IN WITNESS WHEREOF, the Parties have signed this Agreement, through their duly authorized representatives, on the date first set forth herein above.

BUYER:

By: _____

Print Name: BERTRAND L. PELLETIER

Title: PRESIDENT & COO

Date: December 5, 2002

INDIGO AMERICA, INC., a wholly owned subsidiary of Hewlett-Packard Company

By: _____

Print Name: Karen Ortin

Title: Legal Counsel

Date: 3-24-2003

Page 9