# Exhibit 7

---

**From:** Bertrand Pelletier [blpelletier@comcast.net]
**Sent:** Wednesday, August 27, 2003 7:12 AM
**To:** Pentella, Vince; Bertrand L Pelletier (Bertrand Pelletier)
**Cc:** Philippe ORSETTI (Philippe ORSETTI); Loren W Rapoport (Loren W Rapoport)
**Subject:** HP s2000 INDIGO DIGITAL PRESS

Please read the attached letter and contact me at your earliest convenience

*Bertrand L. Pelletier*

President & COO

Sandia Imaging Systems

☎ Telephone   800-609-8188
📠 Facsimile    800-846-1231
📱 Cell          817-832-3771
✉ Email: bpelletier@sandiaimaging.com

Web site: www.sandiaimaging.com

The information transmitted is intended only for the person or entity to
which it is addressed and may contain confidential and/or
privileged material  Any review, retransmission, dissemination or
other use of, or taking of any action in reliance upon, this
information by persons or entities other than the intended recipient
is prohibited  If you received this in error, please contact the
sender and delete the material from any computer



**ADVANCED CARD SYSTEMS INC.**
2001 E. Randoll Mill Road Bldg #109  ARLINGTON, Texas 76011 USA
Toll-free 800/609-8188 or 817/649-3222 Fax 817/649-3301
E-mail www.corporate@sandiaimaging.com  web site www.sandiaimaging.com

Arlington, August 25, 2003

INDIGO AMERICA INC.
DIGITAL PUBLISHING SOLUTIONS
Mr. Vince Pentella – National Sales Mgr
400 Unicorn Park Dr.
WOBURN, MA  01801

<u>HP s2000 SER. 11200815 – CUST 11043</u>

Dear Vince:

We are at then end of the month of August, and we are still waiting for the adaptation of our equipment to the printing of 28 mil thick plastic sheets.
As you certainly recall, during the early stages of the decision to purchase this equipment, the condition for the purchase was the ability to produce the standard CR80-30 ISO plastic card which represents the largest part of SANDIA IMAGING's business (over 4 million $ in revenue in 2002).
Yourself and your sales team represented that our business of producing high-quality, quick turnaround plastic card printing jobs would be enhanced both in quality, volume and speed using the s2000 as an addition to our current traditional plastic printing litho presses, and that the initial sheet thickness limitations of the s2000 would be promptly modified to allow for up to 28 mil thick sheets digital printing.
In anticipation in January 2003, we moved to a larger location, purchased the ancillary equipment necessary to produce a finished product, hired and sent a specific crew to the HP training, invested in plastic sheets coating tests and supplies, the total outlay is at this point over $300,000.00.
Due to the recurring delay in modifying the s2000 promised at purchase in December 2002, we had to re-engineer over the past 2 months our production process to adapt to split core which in turn impacts negatively our production costs and cause additional delays in production, the major delay being the coated plastic sheet suppliers production cycle in excess of 6-8 weeks plus shipping.
The billable production generated by your equipment in August has been less than $11,000.00 to date; we hope to be able to reach $25,000.00 by Month's end, but with a sizeable shortfall in gross margin.

This situation has severely impacted the profitability of this company and brought severe cash-flow problems since the month of June 2003, which will necessitate more time to correct as we keep this situation going.
I would appreciate if immediate attention and corrective action can be brought to this situation.
Sincerely,

Bertrand L. Pelletier
President & COO

Cc: P. Orsetti – Chairman – Advanced Card Systems Inc.

ADVANCED PRINTING & PRINTING EQUIPMENT FOR THE PLASTIC CARD INDUSTRY