UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADVANCED CARD SYSTEMS, INC.<br>d/b/a SANDIA IMAGING,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY<br>and INDIGO AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04 cv 12295 NG<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please enter the appearance of John T. Hugo and Jennifer B. Furey of the law firm of Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110 as counsel for the plaintiff Advanced Card Systems, Inc. d/b/a Sandia Imaging in the above-captioned case.

ADVANCED CARD SYSTEMS, INC.
d/b/a SANDIA IMAGING
by its attorneys,


 /s/ Jennifer B. Furey_____
John T. Hugo, BBO #567262
Jennifer B. Furey, BBO #634174
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated:  December 3, 2004