UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ADVANCED CARD SYSTEMS, INC. d/b/a SANDIA IMAGING, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 04 cv 12295 NG |
| HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE
TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Now comes the Plaintiff, Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Advanced Card") and hereby request that this Court extend the time for it to respond to the Defendants' Motion to Dismiss to December 23, 2004. The Plaintiff has requested this additional time to ensure that it has a sufficient amount of time to fully respond to the Defendants' motion. This is the first request by the Plaintiff. The Defendants' have assented to this motion.

ADVANCED CARD SYSTEMS, INC.
d/b/a SANDIA IMAGING
by its attorneys,

 /s/ Jennifer B.Furey
John T. Hugo, BBO #567262
Jennifer B. Furey, BBO #634174
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: December 16, 2004

135026