UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. )<br>d/b/a SANDIA IMAGING, )<br>                                   )<br>                    Plaintiff, )<br>       v.                          )<br>                                   )<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC.           )<br>                                   )<br>                    Defendants. ) | Case No. 04 cv 12295 NG |

### AGREED MOTION FOR LEAVE TO WITHDRAW
### STEFANIE M. KLEIN AS COUNSEL

NOW COMES Hill Gilstrap, attorneys for Plaintiff, Advanced Card Systems, Inc. d/b/a Sandia Imaging, and moves this Court for leave to withdraw Stefanie M. Klein's appearance as counsel, stating as follows:

1. Stefanie M. Klein is no longer employed as Counsel for Plaintiff, or Hill Gilstrap.

2. Ronald H. Balson and Frank Hill of Hill Gilstrap and Jennifer B. Furey of Cooley, Manion & Jones, P.C., have filed their appearances on behalf of plaintiff in this matter.

3. The plaintiff would like Ronald H. Balson to be designated as lead attorney for plaintiff to be noticed.

4. Defendants do not object to this motion.

WHEREFORE, Movant prays that this motion for leave to withdraw Stefanie M. Klein as counsel for Plaintiff be granted.

Respectfully Submitted,

ADVANCED CARD SYSTEMS, INC., d/b/a SANDIA IMAGING
by its attorneys,

/s/ John T. Hugo
John T. Hugo, BBO #567262
Jennifer B. Furey, BBO # 634174
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
Facsimile: (617) 737-0374

and

Ronald H. Balson
HILL GILSTRAP & BALSON, P.C.
303 West Madison, Ste. 1050
Chicago, Illinois 60606
(312) 853-2920
Facsimile: (312) 853-2929

and

Frank Hill
HILL GILSTRAP & BALSON, P.C.
1400 W. Abram St.
Arlington, TX 76013
(817) 261-2222
Facsimile: (817) 274-9724