# United States District Court
# District of Massachusetts

ADVANCED CARD SYSTEMS, INC.,
    Plaintiff,

    V.                    CIVIL ACTION NO. 2004-12295-NG

HEWLETT PACKARD COMPANY,
INDIGO AMERICA, INC.,
    Defendants.

## ORDER

COLLINGS, U.S.M.J.

    Pursuant to L.R. 16.1(B)(3), counsel for each party are directed to notify the Court in writing, **on or before the close of business on Friday, January 21, 2005,** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: January 10, 2005.