# Exhibit 2



Hewlett-Packard Company
Indigo Division
Kiryat Weizmann
P O Box 150
Rehovot 76101, Israel
www.hp.com/go/indigo
Tel +972 (8) 938 1818
Fax +972 (8) 938 1338

# Customer End of Beta Report

Please fill in this form and send it to Hp Indigo regional coordinator at the end of the Beta test. It should be then sent to Reuven Binder, Fax: +972-8-938-5517.

Customer name:  _Joel Baldinado_____

Company name:  _Sandia Imaging_____

Customer Engineer name: _____ **Michael Phillips**_____

Option Kit No.: _____

Date: _____2/10/04_____

Press S/N: ___**11200815**_____

Total Imp Counter: _____

Please answer the following statements and comment where necessary.

1. Did you encounter any problems while using the new Thick Substrate Option?

   ○  Yes

→ ○  No

   If Yes, describe the circumstances of the problem & solution:

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____



Hewlett-Packard Company
Indigo Division
Kiryat Weizmann
P O Box 150
Rehovot 76101, Israel
www.hp.com/go/indigo
Tel +972 (8) 938 1818
Fax +972 (8) 938 1338

2. Was it necessary to call a Customer Engineer to solve any paper feed problems ?

    ○ Yes

→ ○ No

    Comments

    _____
    _____
    _____

3. What is your overall impression of the new Thick Substrate Option ?

→ ○ No improvement

    ○ Small improvement

    ○ Major improvement

4. General remarks:

    _I have not been running a lot of thick substrates, so it is hard to judge the effectiveness.

    _____

    _The thickest I've run was 24 mil PVC.  I had no problem running it.

    __I'm still getting used to setting up the feed.

    _____
    _____
    _____