UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. <br> d/b/a SANDIA IMAGING, <br><br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY <br> and INDIGO AMERICA, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) Case No. 04 cv 12295 NG <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED-TO MOTION FOR DEFENDANTS'
MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF
TO APPLY TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants Hewlett-Packard Company and Indigo America, Inc. (collectively, the "defendants") hereby move for leave to have defendants' Motion to Dismiss and Memorandum in Support of Defendants' Motion to Dismiss apply to the Amended Complaint which plaintiff Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Sandia") filed after the defendants filed their Motion to Dismiss. In support of this Motion the defendants state:

1.   On December 3, 2004, the defendants filed a Motion to Dismiss the Complaint and Memorandum in Support of Defendants' Motion to Dismiss.

2.   On December 27, 2004, Sandia filed an Amended Complaint under Fed. R. Civ. P. 15(a). In the Amended Complaint Sandia reasserted the claims for breach of contract and fraud that were contained in Counts B and D, respectively, of the original Complaint. However, Sandia included in the Amended Complaint a new claim for negligent misrepresentation, and did not include in the Amended Complaint the claim for negligence and the declaratory judgment claim that were contained in Counts A and C, respectively, of the original Complaint. On

December 27, 2004, Sandia also filed Plaintiff's Response to Defendants' Memorandum in Support of Its Motion to Dismiss (the "Response").

3. In many respects the Amended Complaint is substantively identical to the original Complaint. Therefore, the parties have agreed that defendants' Motion to Dismiss and Memorandum in Support of Defendants' Motion to Dismiss shall apply to, and should be considered by the Court in connection with, the Amended Complaint.

4. Sandia's counsel has been contacted about this Motion as required by Local Rule 7.1(A)(2) and assents to it being granted.

WHEREFORE, the defendants request permission to have the Motion to Dismiss and Memorandum in Support of Defendants' Motion to Dismiss applied to, and considered by the Court in connection with, the Amended Complaint.

Respectfully submitted,

/s/ Kevin P. Light
Kevin P. Light (BBO #300110)
E. Page Wilkins (BBO #654535)
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109-2804
(617) 248-5000

Dated: January 12, 2005

3787115v1