**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ADVANCED CARD SYSTEMS, INC. d/b/a SANDIA IMAGING,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>HEWLETT-PACKARD COMPANY  )<br>and INDIGO AMERICA, INC.,  )<br>)<br>Defendant  ) | Case No. 04 cv 12295 NG |

**NOTIFICATION REGARDING**
**PROPOSED REASSIGNMENT OF CASE**

Pursuant to the Court's Order dated January, 10, 2005, plaintiff Advanced Card Systems, Inc. d/b/a Sandia Imaging and defendant Hewlett-Packard Company hereby notify the Court that they do not consent to this case being reassigned to the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Respectfully submitted,

| ADVANCED CARD SYSTEMS, INC. d/b/a SANDIA IMAGING | HEWLETT-PACKARD COMPANY |
|---|---|
| /s/ John T. Hugo | /s/ Kevin P. Light |
| John T. Hugo (BBO # 567262) | Kevin P. Light (BBO # 300110) |
| Jennifer B. Furey (BBO # 634174) | E. Page Wilkins (BBO # 654535) |
| COOLEY MANION JONES LLP | CHOATE HALL & STEWART |
| 21 Custom House Street | Exchange Place |
| Boston, MA 02110 | 53 State Street |
| (617) 737-3100 | Boston, MA 02109-2804 |
|  | (617) 248-5000 |

January 19, 2005