**From:** Pentella, Vince [mailto:Vince.Pentella@hp.com]
**Sent:** Friday, September 19, 2003 9:19 AM
**To:** Bertrand Pelletier
**Cc:** Kukla, Ron; Krikorian, George; Duek, David; Samuel, Ronen; Bel, Boris
**Subject:** S2000 status

Dear Bertrand;

I am forwarding you an email that details the issues that we covered regarding the status of the S2000 and production of thicker substrate cards.

We understand that the thicker substrate upgrade has been delayed and may impair your production. Please be advised that the current release of the product is as follows:

- Alpha Testing software only – September
- Beta Testing software and hardware – October
- Product rollout – December

You currently have a version of the beta software that we will be glad to install on your press under the conditions that you only run up to 20 mil. When the hardware option is delivered, you can run 24 mil. We will be glad to consider your site for the beta upgrade.

Please be aware that the current product specification is up to 24 mil.

In recognition of your help for development of this product and due to the lateness of delivery, HP-Indigo will provide you with the following:

1. we will extend your warranty program for one full year from October 1, 2003.
2. we will fix your IP costs (this includes ink, blankets, plates and imaging oil) at a rate of $0.0225 per impression
    a. David Duek has agreed to present you with an even lower rate for increased impression volume. David will communicate this to you on a separate document.
3. we will put a $20,000 credit in to the Accounts Receivable for Sandia Imaging.


Bertrand, I hope that you interpret this as a large gesture on our part to insure a long term and successful relationship for both companies. If you are in agreement with this, please let me know and we will prepare the proper documentation to facilitate the above.

Best regards

Vince Pentella
National Sales Mgr
Industrial Markets
HP-Indigo
978-507-6176