UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADVANCED CARD SYSTEMS, INC. )
d/b/a SANDIA IMAGING, )
 )
 )
        Plaintiff, )
 )
v. )   Case No. 04 cv 12295 NG
 )
HEWLETT-PACKARD COMPANY )
and INDIGO AMERICA, INC., )
 )
        Defendants. )
 )

## ASSENTED-TO MOTION FOR LEAVE FOR ADVANCED CARD SYSTEMS, INC. D/B/A SANDIA IMAGING TO FILE A SUR-REPLY

Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Advanced") moves pursuant to Local Rule 7.1(B)(3) for leave to file a sur-reply in response to defendants Hewlett-Packard Company and Indigo America, Inc. (collectively, "Hewlett-Packard") reply memorandum. A copy of the sur-reply is attached.

As grounds for this motion, Advanced states as follows:

1.    Advanced sur-reply responds to issues and arguments raised in Hewlett-Packard's reply.

2.    Advanced sur-reply will assist the Court in ruling upon Hewlett-Packard's motion to dismiss.

3.    No party will be prejudiced by the allowance of this motion.

4.    The allowance of this motion will serve the interests of justice.

5.  Hewlett-Packard counsel has been contacted about this Motion as required by Local Rule 7.1(A)(2) and assents to it being granted.

WHEREFORE, Advanced requests that this Court grant Advanced leave to file a sur-reply to Hewlett-Packard reply.

Respectfully submitted,

ADVANCED CARD SYSTEMS, INC.
d/b/a SANDIA IMAGING
by its attorneys,


/s/ John T. Hugo
John T. Hugo, BBO #567262
Jennifer B. Furey, BBO #634174
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

and

Frank Hill
HILL GILSTRAP
1400 W. Abram Street
Arlington, Texas 76013

DATED: February 9, 2005

137171v1