UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADVANCED CARD SYSTEMS, INC. )
d/b/a SANDIA IMAGING, )
                                                Plaintiff, )
                v. )    Case No. 04 cv 12295 NG

HEWLETT-PACKARD COMPANY )
and INDIGO AMERICA, INC., )
                                                Defendant )

## NOTICE OF APPEARANCE

Please enter my appearance as one of the attorneys of record on behalf of Hewlett-Packard Company and Indigo America, Inc.

Respectfully submitted,

/s/ Robert M. Buchanan, Jr.
Robert M. Buchanan, Jr. (BBO #545910)
CHOATE HALL & STEWART
Two International Place[1]
Boston, MA 02110
Tel:   (617) 248-5000
Fax:  (617) 248-4000

Dated: July 26, 2005

---

[1] Effective August 1, 2005, this Firm's address will be Two International Place, Boston, MA 02110. Up until August 1, 2005, this Firm's address is Exchange Place, 53 State Street, Boston, MA 02109.

3961057v1