UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. )<br>d/b/a  SANDIA IMAGING, )<br>  )<br>    Plaintiff, )<br>  v.   )<br>  )<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC., )<br>  )<br>    Defendant )  | Case No. 04 cv 12295 NG |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart, LLP, counsel for Defendants Hewlett-Packard Company and Indigo America, Inc., will change to Two International Place, Boston, MA 02110.  The telephone number of counsel and their individual electronic mail addresses will remain the same.

Respectfully submitted,

/s/ Robert M. Buchanan
Robert M. Buchanan, Jr. (BBO No. 545910)
Kevin P. Light (BBO No. 300110)
E. Page Wilkins (BBO No. 654535)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

Dated:  July 29, 2005

3962900v1