# Exhibit 1

Case 1:04-cv-12295-NG    Document 34-2    Filed 10/14/2005    Page 1 of 3

<u>VIA FACSIMILE: 817-649-3222</u>

October 27, 2003

Bertrand Pelletier, President & COO
Advanced Card Systems, Inc., d/b/a Sandia Imaging
2811 Galleria Drive
Arlington, TX 76011

    Re:    Resolution of Outstanding Issues

Dear Mr. Pelletier:

Per your recent conversations with Vince Pentella of HP Indigo, this letter serves to follow up on our agreement to resolve all outstanding customer satisfaction issues between Indigo America, Inc., a wholly owned subsidiary of Hewlett Packard Company ("HP Indigo") and Advanced Card Systems, Inc., d/b/a Sandia Imaging ("Sandia") related to the hp indigo press s2000 purchased by Sandia under Purchase and Sale Agreement dated December 5, 2002 (the "Purchase and Sale Agreement") and installed at your facility in March of this year. In order to avoid any possible confusion, and as a matter of formality, this letter will outline the terms of settlement agreed to between us. In particular, this letter will confirm that HP Indigo and Sandia have agreed as follows:

- HP Indigo will issue a one time check payment in the amount of Thirteen Thousand dollars ($13,000.00) to Sandia.

- Twelve months (commencing October 1, 2003) of Shared Maintenance Service at no charge, pursuant to the terms and conditions of the attached Click and Shared Maintenance Agreement.

- A fixed rate of $0.0225 "per impression," also pursuant to the terms and conditions of the attached Click and Shared Maintenance Agreement.

- HP will consider Sandia as a candidate for the beta testing of Seller's proposed upgrade option of a "Thick Substrates Kit" for the hp indigo press s2000 (the "Thick Substrates Option"). In this regard, however, Sandia acknowledges that the Thick Substrates Option is still under development and the commercial release and/or availability of same (upon successful completion of testing) may be delayed for technical, commercial or other reasons, including HP's decision, in its sole discretion, not to proceed with the development and/or commercial of the Thick Substrates Option.

- Sandia agrees that the contents of this Letter Agreement, will remain completely confidential and will not be disclosed to any third parties without the prior written consent of HP Indigo.

Advanced Card Systems, Inc., d/b/a Sandia Imaging
Settlement Letter
Page Two

- Accordingly, Sandia agrees that this Letter Addendum, and all matters contained herein as well as any actions taken by either party pursuant hereto, shall be held in the strictest of confidence and shall not be disclosed by Sandia, or any of its employees or agents to any third parties without the prior written consent of HP Indigo. In the event Sandia fails to comply with this confidentiality requirement, this Letter Addendum shall become void *ab initio* and HP Indigo shall have the right to invoice Sandia pursuant to the hp s2000 Business Builder Program Agreement (with an Agreement Commencement Date of 3/13/03) between the parties, retroactive to the date of this letter agreement, as if same had not been executed.
- With acceptance of this offer, Sandia agrees to release HP from any and all claims or damages relating to or arising from the Purchase and Sale Agreement.

Once again, the above represents HP Indigo's understanding of our agreement for resolution of all outstanding matters between HP Indigo and Sandia. If you are in agreement with terms outlined herein, please countersign this Letter Agreement where indicated below, together with the enclosed Click and Shared Maintenance Agreement and return both to me, via facsimile at 978-506-9055, at which point we will begin taking immediate action with respect to each of the items outlined above.

Alternatively, should you have any questions regarding this matter, please feel free to contact either myself at 978-506-6138 or Vince Pentella, your HP Indigo Regional Manager at 937-205-6879.

Sincerely,

*[signature]*

George Krikorian
Vice President, Finance
Digital Publishing Solutions
Hewlett Packard Company

The above is acknowledged, agreed to and accepted by Advanced Card Systems, Inc., d/b/a Sandia Imaging.

By: *[signature]*   Title: Президент

Print Name: BL PELLTIER   Date: 11/07/03