UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. <br> d/b/a SANDIA IMAGING, <br><br> Plaintiff/Counterclaim-defendant <br><br> v. <br><br> HEWLETT-PACKARD COMPANY <br> and INDIGO AMERICA, INC. <br><br> Defendants/Counterclaim-plaintiffs | Case No. 04 C 12295 NG |

### ADVANCED CARD SYSTEMS, INC.'S ANSWER TO HEWLETT-PACKARD COMPANY'S AND INDIGO AMERICA, INC.'S COUNTERCLAIM

Plaintiff/Counterclaim- defendant Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Sandia"), by and through its attorneys, Hill Gilstrap, P.C. and Cooley, Manion & Jones, P.C., for its answer to Defendants/Counterclaim-plaintiffs Hewlett-Packard Company's ("HP") and Indigo-America, Inc.'s ("Indigo") Counterclaim, state as follows:

#### The Parties

1. Sandia admits the allegations of paragraph 1.

2. Sandia admits the allegations of paragraph 2.

#### Jurisdiction and Venue

3. Sandia admits the allegations of paragraph 3.

4. Sandia admits the allegations of paragraph 4.

#### Factual Allegations

5. Sandia admits the allegations of paragraph 5.

6. Sandia admits the allegations of paragraph 6.

7. Sandia denies the allegations of paragraph 7.

8. Sandia admits that it wrote an August 25, 2003 letter to Vince Pentella at Indigo, the content of which speaks for itself. Sandia denies the remaining allegations of Paragraph 8 as inaccurate characterizations of the letter.

9. Sandia admits that it signed a letter agreement on or about November 7, 2003, and that a true and accurate copy of that letter is attached to the Counterclaim as Exhibit 1, the contents of which speak for itself. Sandia denies all remaining allegations not specifically admitted.

10. Sandia admits that it signed a letter agreement on or about November 7, 2003, and that a true and accurate copy of that letter is attached to the Counterclaim as Exhibit 1, the contents of which speak for itself. Sandia denies all remaining allegations not specifically admitted.

## Count I
### (Breach of Contract)

11. Sandia repeats and re-alleges its answers to Paragraphs 1-10 as if fully set forth herein.

12. Sandia admits that it signed a letter agreement on or about November 7, 2003, and that a true and accurate copy of that letter is attached to the Counterclaim as Exhibit 1, the contents of which speak for itself. Sandia denies the allegations that the letter agreement is valid and should be enforced.

13. Sandia denies that it has breached the letter agreement by bringing this suit as the letter agreement became void *ab initio* after Sandia did not comply with the confidentiality requirement of the letter agreement.

14. Sandia denies the allegations of Paragraph 14. Sandia further states that the Court has already ruled that the Settlement Agreement was void *ab initio* upon Sandia's publicizing of the settlement.

## COUNT II
### (Disgorgement, Restitution and Breach of the Covenant of Good Faith and Fair Dealing)

15. Sandia repeats and re-alleges its answers to Paragraphs 1-14 as if fully set forth herein.

16. Sandia denies the allegations of Paragraph 16.

17. Sandia denies the allegations of Paragraph 17.

18. Sandia denies the allegations of Paragraph 18.

### First Affirmative Defense - Setoff

19. If HP and/or Indigo are found to be entitled to some or all of the amounts claimed in their Counterclaim, such amounts should be setoff against any damage amounts Sandia is awarded against HP and/or Indigo on its Complaint.

### Second Affirmative Defense - Estoppel

20. HP and Indigo are estopped from bringing such claims over the alleged Settlement Agreement because it was part and parcel to their scheme to defraud Sandia.

WHEREFORE, Advanced Card Systems, Inc. d/b/a Sandia Imaging, prays for judgment in its favor and against Hewlett-Packard Company and Indigo America, Inc., and for such other relief as this Court deems necessary and just.

>Respectfully submitted,
>
>ADVANCED CARD SYSTEMS, INC.
>d/b/a SANDIA IMAGING
>by its attorneys,
>
>
> /s/ John T. Hugo
>John T. Hugo, BBO #567262
>Jennifer B. Furey, BBO #634174
>COOLEY MANION JONES LLP
>21 Custom House Street
>Boston, MA 02110
>(617) 737-3100
>
>and
>
>Frank Hill
>HILL GILSTRAP
>1400 W. Abram Street
>Arlington, Texas 76013

DATED: November 3, 2005