UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. )<br>d/b/a SANDIA IMAGING, )<br> )<br>          Plaintiff, )<br>     v. )<br> )<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC. )<br> )<br>          Defendants. ) | Case No. 04 C 12295 NG |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW COMES, Plaintiff, ADVANCED CARD SYSTEMS, INC. D/B/A SANDIA IMAGING (hereinafter "Sandia"), and moves this Court, pursuant to Fed. R. Civ. P.15(a), for leave to file its Second Amended Complaint against Defendants HEWLETT-PACKARD COMPANY ("HP") and INDIGO AMERICA, INC. ("Indigo") attached hereto as Exhibit 1. In support of its motion Sandia states as follows:

1. On August 24, 2004, Sandia filed its Original Petition against HP and Indigo in the state court of Texas, 342nd Judicial District, Tarrant County. The complaint alleged negligence, breach of contract, a declaratory judgment and fraud claims against both HP and Indigo. On September 24, 2004 Defendants removed the action to the United States District Court for the Northern District of Texas, Fort Worth Division, on the basis of diversity. The action was subsequently transferred to the present court upon agreement of the parties because of a forum selection clause that was included in the sales agreement.

2. On December 3, 2004, Defendants filed a Motion to Dismiss Plaintiff's Original Petition. Recognizing that the Texas state court has different pleading requirements than the

federal court, on December 27, 2004, Plaintiff filed an Amended Complaint. The Motion to Dismiss was fully briefed by the parties and on January 7, 2005, the Motion was referred to Magistrate Collings for a report and recommendation.

3. On September 15, 2005, Magistrate Collings issued his report and recommendation that Defendants' Motion to Dismiss "be ALLOWED only to the extent that all claims of misrepresentation other than that the s2000 was able digitally to print cards on 30ml plastic be DISMISSED for failure to comply with Rule 9(b), Fed. R. Civ. P. I FURTHER RECOMMEND that Defendants' Motion to Dismiss (#14) be otherwise DENIED."

4. On September 29, 2005, this Court overruled Defendants' Objections to Magistrate Collings' report and adopted the Magistrate's Report and Recommendations.

5. Federal Rule of Civil Procedure 15(a) states that "leave [to file an amended complaint] shall be freely given when justice so requires."

6. Given the early stage of the proceedings and the fact that Plaintiff's Amended Complaint was stricken on limited grounds with respect to specificity of its fraud claims, Plaintiff should be allowed to amend its complaint in order to add more specific allegations with respect to fraud claims other than the 30ml card thickness printing issue.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for the parties communicated in good faith in an effort to resolve or narrow the issues associated with the filing of this Motion for Leave to File a Second Amended Complaint.

WHEREFORE, Plaintiff, ADVANCED CARD SYSTEMS, INC. D/B/A SANDIA IMAGING, prays that this Court grant its motion for leave to file Second Amended Complaint and grant any and other relief which this Court deems just and equitable.

Respectfully submitted,

ADVANCED CARD SYSTEMS, INC.
d/b/a SANDIA IMAGING
by its attorneys,


 /s/ John T. Hugo
John T. Hugo, BBO #567262
Jennifer B. Furey, BBO #634174
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

and

Ronald H. Balson
Carrie A. Hall
Hill, Gilstrap & Balson
303 West Madison Street, Suite 1050
Chicago, IL 60606
(312) 853-2920

DATED: November 23, 2005

151614v1