UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-CV-12295-NG

|  |  |
|---|---|
| ADVANCED CARD SYSTEMS, INC. d/b/a SANDIA IMAGING<br>    Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>) |

### DEFENDANTS' ASSENTED-TO
### MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Defendants, Hewlett-Packard and Indigo America, Inc. move for leave to allow their present counsel to withdraw and to allow Attorney Thomas W. Evans of Cohen & Fierman, LLP to enter his appearance on their behalf. Attorney Evans is in good standing as an attorney admitted to practice before the Supreme Judicial Court of Massachusetts and the district bar of this District. Leave is required pursuant to LR.83.5.2(c), because Plaintiff's Motion for Leave to File a Second Amended Complaint is pending. Plaintiff's counsel assents to Defendants' Motion.

Respectfully submitted,

/s/ E. Page Wilkins
Kevin P. Light (BBO#: 300110)
Robert M. Buchanan, Jr. (BBO#: 545910)
E. Page Wilkins (BBO#: 654535)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Dated: December 19, 2005

4024662v1