UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC, d/b/a SANDIA IMAGING,<br><br>                    Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC.,<br><br>                    Defendants. | Case No. 04 C 12295 NG |

### PLAINTIFF'S ASSENTED-TO MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Plaintiff Advanced Card Systems, Inc., d/b/a Sandia Imaging, hereby moves, pursuant to Local Rule 40.3, to continue the initial scheduling conference scheduled to be held on October 11, 2006 at 2:15 p.m., and in support of this Motion would show as follows:

1. On August 24, 2006, the Court set an initial scheduling conference to be held on October 11, 2006 at 2:15 p.m. *See* Notice of Scheduling Conference, ECF No. 41. The Court's notice states that it "considers attendance of the senior lawyers ultimately responsible for the case . . . to be of the utmost importance. Counsel may be given a continuance only if actually engaged on trial." *Id.*

2. On September 21, 2006, Ronald H. Balson and Carrie A. Hall, Plaintiff's lead attorneys, left the firm of Hill, Gilstrap & Balson, P.C. in Chicago, Illinois. As of September 21, 2006, Plaintiff's new attorneys are Frank Hill and Emily A. Cash of Hill Gilstrap, P.C. in Arlington, Texas. The plaintiff is filing a motion for to admission pro hac vice for Mr. Hill and Ms. Cash in conjunction with this motion. Mr. Hill is now the senior lawyer for Plaintiff who is ultimately responsible for this case.

3. Mr. Hill is currently on trial in a bifurcated punitive damages case in the following styled and numbered case: *KBK Financial, Inc. v. Heartland U.S.A., L.L.C.*, Cause No. 17-203457-03, In the District Court, 17th Judicial District, Tarrant County, Texas. Mr. Hill has been on trial since September

18, 2006, and anticipates that he will be on trial through October 13, 2006. Therefore, Plaintiff's senior lawyer will be unable to attend the scheduling conference on October 11, 2006.

4. This is the first motion to continue the initial scheduling conference made by Plaintiff.

5. Counsel for Defendants Hewlett-Packard Company and Indigo America, Inc. has been contacted about this Motion as required by Local Rule 7.1(A)(2) and assents to it being granted.

WHEREFORE, Plaintiff respectfully requests that the Court continue the initial scheduling conference scheduled to be held on October 11, 2006 at 2:15 p.m. In the alternative, Plaintiff requests that the Court permit Ms. Cash to appear on Plaintiff's behalf at the scheduling conference.

ADVANCED CARD SYSTEMS, INC.
d/b/a SANDIA IMAGING
by its attorneys,

_____
John T. Hugo, BBO #567262
Jennifer B. Furey, BBO #634174
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: 10.6.06

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Joint Statement Pursuant to Local Rule 16.1(D) was served via electronic mail and via first class mail postage prepaid to Thomas W. Evans, counsel for Defendants, this 6th day of October, 2006.

_____
John T. Hugo, Esq.