UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC, )<br>d/b/a SANDIA IMAGING, )<br>    Plaintiff, )<br>    v. )<br>)<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC., )<br>    Defendants. )<br>) | Case No. 04 C 12295 NG |

## MOTION FOR ADMISSION PRO HAC VICE
## OF FRANK HILL AND EMILY A. CASH

Pursuant to L.R. 83.5.3 for the United States District for the District of Massachusetts, the undersigned, a member in good standing of the Bar of this Court, hereby moves for leave to enter the appearances *pro hac vice* of Frank Hill and Emily A. Cash of Hill Gilstrap, P.C., 1400 W. Abram Street, Arlington, Texas 76016, in the above-captioned matter on behalf of plaintiff, Advanced Card Systems, Inc., d/b/a Sandia Imaging ("Advanced Card Systems". In support of this motion, the undersigned states the following:

1. I am associated with the law firm of Cooley Manion Jones LLP, 21 Custom House Street, Boston, Massachusetts, 02110.

2. I represent Advanced Card Systems in the above-captioned action.

3. As set forth in his affidavit filed herewith, Frank Hill is a member in good standing of the bar of Texas. He is admitted to practice before Texas state courts, Illinois state courts, the Northern, Eastern and Western Districts Courts of Texas. He is also admitted to practice in the Fifth Circuit and Eleventh Circuit U.S. Court of Appeals, and the U.S. Supreme Court. Attorney Hill has not been subject to disciplinary proceedings in any jurisdiction. He has no grievance pending against him, nor has he ever been reprimanded, suspended, placed on

inactive status, disbarred, or resigned from the practice of law.

4. As set forth in her affidavit filed herewith, Emily Cash is a member in good standing of the bar of Texas. She is admitted to practice before Texas state courts and the Northern and Eastern District Courts of Texas. Attorney Cash has not been subject to disciplinary proceedings in any jurisdiction. She has no grievance pending against her, nor has she ever been reprimanded, suspended, placed on inactive status, disbarred, or resigned from the practice of law.

5. Because of Frank Hill's and Emily Cash's familiarity with the issues involved in this litigation, it is the desire of Advanced Card Systems, Inc. that Attorneys Hill and Cash participate in its defense of the above-captioned case.

6. I am actively associated with Frank Hill and Emily Cash in the representation of Advanced Card Systems and anticipate that upon their admission *pro hac vice*, Attorneys Hill and Cash will serve as co-counsel with the Boston law firm of Cooley Manion Jones LLP in the above-captioned case. Pleadings shall be signed by an attorney admitted to practice in the Commonwealth of Massachusetts.

WHEREFORE, the undersigned requests that the Court permit Frank Hill and Emily Cash to appear and practice before the Court in this matter.

ADVANCED CARD SYSTEMS, INC.<br>
d/b/a SANDIA IMAGING<br>
by its attorneys,<br>
<br>
John T. Hugo, BBO #567262<br>
Jennifer B. Furey, BBO #634174<br>
COOLEY MANION JONES LLP<br>
21 Custom House Street<br>
Boston, MA 02110<br>
(617) 737-3100

Dated: 10·6·06

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Joint Statement Pursuant to Local Rule 16.1(D) was served via electronic mail and via first class mail postage prepaid to Thomas W. Evans, counsel for Defendants, this 6th day of October, 2006.

                                                  _____
                                                  John T. Hugo, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC, d/b/a SANDIA IMAGING,<br>　　　Plaintiff,<br>　　　v.<br><br>HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC.,<br>　　　Defendants. | Case No. 04 C 12295 NG |

**AFFIDAVIT OF ATTORNEY EMILY A. CASH IN SUPPORT OF
MOTION TO ADMIT HER PRO HAC VICE**

I, Emily A. Cash, under oath do depose and state as follows:

1. I am an attorney at the law firm Hill Gilstrap, P.C., 1400 W. Abram Street, Arlington, Texas 76016.

2. I am making this Affidavit in support of an application to admit me *pro hac vice* as co-counsel for the plaintiff, Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Advanced Card Systems")

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted.

4. I have not been subject to disciplinary proceedings in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. If admitted *pro hac vice* in this action, I will appear in association with John T. Hugo or other attorneys of COOLEY MANION JONES LLP, 21 Custom House Street, Boston, Massachusetts 02110.

Signed under the pains and penalties of perjury this ___6th___, date of October, 2006.

_____
EMILY A. CASH

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADVANCED CARD SYSTEMS, INC, <br> d/b/a SANDIA IMAGING, <br> Plaintiff, <br> v. <br><br> HEWLETT-PACKARD COMPANY <br> and INDIGO AMERICA, INC., <br> Defendants. | Case No. 04 C 12295 NG |

### AFFIDAVIT OF ATTORNEY FRANK HILL IN SUPPORT OF MOTION TO ADMIT HIM PRO HAC VICE

I, Frank Hill, under oath do depose and state as follows:

1. I am an attorney at the law firm Hill Gilstrap, P.C., 1400 W. Abram Street, Arlington, Texas 76016.

2. I am making this Affidavit in support of an application to admit me *pro hac vice* as co-counsel for the plaintiff, Advanced Card Systems, Inc. d/b/a Sandia Imaging ("Advanced Card Systems").

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted.

4. I have a long standing attorney-client relationship with Advanced Card Systems, and have intimate knowledge of the subject matter of this suit.

5. I have not been subject to disciplinary proceedings in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. If admitted *pro hac vice* in this action, I will appear in association with John T. Hugo or other attorneys of COOLEY MANION JONES LLP, 21 Custom House Street, Boston, Massachusetts 02110.

Signed under the pains and penalties of perjury this ____6th____, date of _October_ 2006.

_____
FRANK HILL