UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ADVANCED CARD SYSTEMS, INC, d/b/a SANDIA IMAGING,<br><br>       Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC.,<br><br>       Defendants. | Case No. 04 C 12295 NG |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan.

### Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| December 1, 2007 | Initial disclosures due |
| January 15, 2007 | Join additional parties/amend pleadings |
| June 1, 2007 | Factual discovery completed |
| June 1, 2007 | Identification of expert witnesses |
| July 1, 2007 | Exchange of expert reports |
| July 15, 2007 | Identification of rebuttal expert witnesses |
| August 1, 2007 | Exchange of rebuttal expert reports |
| August 31, 2007 | Completion of expert discovery |

- 2 -

| | |
|---|---|
| August 31, 2007 | File all dispositive motions |
| To be scheduled by the Court | Hearing on dispositive motions |
| To be scheduled by the Court | Settlement conference |
| To be scheduled by the Court | Pretrial conference |

The parties request that a final pre-trial conference be set within 60 days of any decision on dispositive motions, if the case is not disposed of on summary judgment. If neither party files for summary judgment, the parties request a final pre-trial conference date be set within 60 days of the completion of all expert discovery.

### Settlement

The parties have been unable to reach any agreement on settlement as of this date. Plaintiff has sent a written settlement proposal to Defendants. Counsel for Defendants is conferring with his clients on the subject of settlement and will be prepared to respond to the proposal at the scheduling conference.

### Alternative Dispute Resolution

Plaintiff wishes to mediate in this case. Defendants are considering whether they are willing to proceed directly to mediation.

### Certifications

Local Rule 16.1(D)(3) certifications will be filed by each of the parties under separate cover. The parties have not agreed to have a trial in front of a Magistrate.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments that the Court deems just and proper.

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC. ,<br>D/B/A SANDIA IMAGING | HEWLETT PACKARD COMPANY AND<br>INDIGO AMERICA, INC. |
| By its attorneys, | By their attorneys, |
| _/s/ John T. Hugo_<br>John T. Hugo (BBO # 567262)<br>Jennifer B. Furey (BBO #634174)<br>COOLEY MANION JONES LLP<br>21 Custom House Street<br>Boston, MA 02110<br>(617) 737-3100 | _/s/ Thomas W. Evans (JTH)_<br>Thomas W. Evans (BBO # 552820)<br>COHEN & FIERMAN, LLP<br>4 Faneuil Hall Marketplace<br>Boston, MA 02109<br>(617) 523-2316 |

and

Frank Hill
Emily A. Cash
HILL GILSTRAP, P.C.
1400 W. Abram St.
Arlington, TX 76016
(817) 261-2222

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Joint Statement Pursuant to Local Rule 16.1(D) was served via electronic mail and via first class mail postage prepaid to Thomas W. Evans, counsel for Defendants, this 6th day of October, 2006.

John T. Hugo, Esq.