UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC, d/b/a SANDIA IMAGING,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC.,<br><br>Defendants. | Case No. 04 C 12295 NG |

**CERTIFICATION PURSUANT TO RULE 1.02(d)(3) OF THE EXPENSE AND DELAY REDUCTION PLAN AND LOCAL RULE 16.1**

I, PHILIPPE ORSETTI, on behalf of ADVANCED CARD SYSTEMS, INC., d/b/a SANDIA IMAGING, hereby certify that I have conferred with my counsel regarding establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pain and penalties of perjury this 6th day of October, 2006.

_____
PHILIPPE ORSETTI

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CARD SYSTEMS, INC, d/b/a SANDIA IMAGING,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC.,<br><br>Defendants. | Case No. 04 C 12295 NG |

**CERTIFICATION PURSUANT TO RULE 1.02(d)(3) OF THE EXPENSE AND DELAY REDUCTION PLAN AND LOCAL RULE 16.1**

I, FRANK HILL, hereby certify that I have conferred with my client regarding establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed under the pain and penalties of perjury this 6th day of October, 2006.

/s/ Frank Hill
FRANK HILL