UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADVANCED CARD SYSTEMS, INC. )<br>d/b/a SANDIA IMAGING, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY )<br>and INDIGO AMERICA, INC., )<br>    Defendants. )<br>) | Case No. 04-CV-12295 NG |

### DEFENDANTS' COUNSEL'S CERTIFICATION
### REGARDING CONSIDERATION OF BUDGET AND ADR

    The undersigned hereby certifies that counsel for defendants Hewlett-Packard Company (Hewlett-Packard) and Indigo America, Inc. ("Indigo), have conferred with Jennifer Rogers, in-house counsel for Hewlett-Packard and Indigo, with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                           /s/   Thomas W. Evans
                                      Thomas W. Evans (BBO #: 552820)
                                      Cohen & Fierman, LLP
                                      4 Faneuil Hall Marketplace
                                      Boston, MA 02109
                                      Tel: (617) 523-0505
                                      Fax: (617) 523-2316

Dated: October 11, 2006