UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ADVANCED CARD SYSTEMS, INC. <br> d/b/a SANDIA IMAGING <br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY <br> and INDIGO AMERICA, INC. <br> Defendants. | CASE NO. 04-CV-12295 NG |

## DEFENDANTS' CERTIFICATION REGARDING CONSIDERATION OF BUDGET AND ADR

I am an in-house attorney employed by Hewlett-Packard Company ("HP"). As such I am authorized to, and do, certify that HP and Indigo America, Inc. ("Indigo") have conferred with its outside counsel in this matter, Thomas W. Evans of Cohen & Fierman, LLP, with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Jennifer Rogers, In-house counsel for
Hewlett-Packard Company and
Indigo America, Inc.