UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **ADVANCED CARD SYSTEMS, INC.** | ) | |
| **d/b/a SANDIA IMAGING** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 04 cv 12295 NG** |
| | ) | |
| **HEWLETT-PACKARD COMPANY** | ) | |
| **and INDIGO AMERICA, INC.** | ) | |
| **Defendant.** | ) | |
| | ) | |

**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**
**WITH PREJUDICE AND WITHOUT COSTS**

Hewlett-Packard Company and Indigo America, Inc., and Advanced Card Systems,

Inc. d/b/a Sandia Imaging, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the dismissal

with prejudice of all claims and counterclaims in the above-referenced matter, with all

costs of court to be adjudged against the party incurring same.

Respectfully submitted,
ADVANCED CARD SYSTEMS, INC.
By its attorneys,


/s/ John T. Hugo
John T. Hugo, Esq. (BBO #: 5672662)
Jennifer B. Furey, Esq. (BBO #: 634174)
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100
 and

Respectfully submitted,
HEWLETT-PACKARD COMPANY and
INDIGO AMERICA, INC.
By their attorneys,


/s/ Thomas W. Evans
Thomas W. Evans, Esq. (BBO #: 552820)
COHEN & FIERMAN, LLP
4 Faneuil Hall Marketplace
Boston, MA  02109
(617) 523-0505

Frank Hill
Emily A. Cash
HILL GILSTRAP, P.C.
1400 W. Abram Street
Arlington, TX  76016
(817) 251-2222

Dated: December 11, 2006                    Dated: December 11, 2006

## CERTIFICATE OF SERVICE

I, Thomas W. Evans, hereby certify that a copy of the foregoing document was served via first class mail on December 11, 2006 to: John T. Hugo, Esq. and Jennifer B. Furey, Esq., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110.


/s/Thomas W. Evans
Thomas W. Evans, Esq.